Case 2:07-cv-03434-SVW-FMO  Document 27  Filed 08/13/08  Page 1 of 1  Page ID #:110

FILED
CLERK, U.S. DISTRICT COURT

AUG 1 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR VALDIVIA,<br><br>   Petitioner,<br><br>  v.<br><br>ROBERT HOREL, Warden,<br><br>   Respondent. | NO. CV 07-3434 SVW (FMO)<br><br>**ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the Magistrate Judge's Report and Recommendation, and the Objections to the Report and Recommendation. Having made a _de novo_ determination of the portions of the Report and Recommendation to which the Objections were directed, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge. Accordingly, IT IS ORDERED THAT:

1. Judgment shall be entered dismissing the action with prejudice.

2. The Clerk shall serve copies of this Order and the Judgment herein on the parties.

DATED: August 13, 2008.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE