JS-6

FILED
CLERK, U.S. DISTRICT COURT

AUG 13 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

HECTOR VALDIVIA,

               Petitioner,

      v.

ROBERT HOREL, Warden,

               Respondent.

)
)
)
)
)
)
)
)
)
)

NO. CV 07-3434 SVW (FMO)

**JUDGMENT**

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: August 13, 2008.

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE